Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

This Document Relates to:

*Dean Fowler v. Pfizer Inc, et al.* (07-3286 CRB)

*Orlando Archunde v. Pfizer Inc, et al.* (07-3337 CRB)

*Carroll Stith, et al. v. Pfizer Inc, et al.* (07-3338 CRB)

*Jessie Johnston v. Pfizer Inc, et al.* (07-3548 CRB)

*Verna Weese, et al. v. Pfizer Inc, et al.* (07-3910 CRB)

*Renee Klepps, et al. v. Pfizer Inc, et al.* (07-4153 CRB)

*Karen James v. Pfizer Inc, et al.* (07-4740 CRB)

*Patricia D. Smith, et al. v. Pfizer Inc, et al.* (07-4741 CRB)

*Emma-Ling Francis v. Pfizer Inc, et al.* (07-4742 CRB)

*Homer Swift, et al. v. Pfizer Inc, et al.* (07-4743 CRB)

*Louise Kreft, et al. v. Pfizer Inc, et al.*

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

(07-4744 CRB) )

*Joseph Fernald v. Pfizer Inc, et al.* (07-4745 CRB) )

*Scott Cruver v. Pfizer Inc, et al.* (07-5000 CRB) )

*Nancy Cattanach v. Pfizer Inc, et al.* (07-5001 CRB) )

*Sarah Fredricks, et al. v. Pfizer Inc, et al.* (07-5002 CRB) )

*Georgia McNeal v. Pfizer Inc, et al.* (08-4024 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009 By: ______________________

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009 By: ______________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court